1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   CREEKVIEW IP LLC,

9                           Plaintiff,          Case No. C21-5866-SKV

10          v.                                  MINUTE ORDER

11  LOGITECH INC.,

12                          Defendant.

13

14          The following Minute Order is made at the direction of the Court, the Hon. S. Kate

15  Vaughan, United States Magistrate Judge:

16          On December 27, 2021, Plaintiff filed an Unopposed Motion for Extension of Time to

17  File Answer, *see* Dkt. 5, in which Plaintiff indicated Defendant's Answer was due on December

18  29, 2021.  Per Plaintiff, the parties conferred regarding an extension to the Answer deadline, but

19  because Defendant has not yet appeared, Plaintiff moved for the extension.  *Id.*  Because Plaintiff

20  has not filed an affidavit of service in this case, the Court cannot determine whether Plaintiff has

21  effectuated service of the Summons and Complaint on Defendant, or whether there is currently a

22  deadline for Defendant's Answer.  Plaintiff's Motion, Dkt. 5, is therefore DENIED.  Defendant

23

1    may move for an extension of the Answer deadline, if necessary, following Plaintiff's filing of

2    proof of service and Defendant's appearance in this case.

3        Dated this 7th day of January, 2022.

4                                           Ravi Subramanian
                                            Clerk of Court

5
                                        By: Stefanie Prather
6                                           Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23